UNITED STATES of America, Plaintiff–Appellee,

v.

Jeffrey R. MacDONALD, Defendant–Appellant.

No. 14–7543.

United States Court of Appeals, Fourth Circuit.

Submitted: March 22, 2016.

Decided: March 31, 2016.

Jeffrey R. MacDonald, Appellant Pro Se. John Stuart Bruce, Acting United States Attorney, Leslie Katherine Cooley, Jennifer P. May–Parker, Assistant United States Attorneys, Brian Michael Murtagh, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

·Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey R. MacDonald appeals the district court's order denying his motion for additional DNA testing pursuant to the Innocence Protection Act, 18 U.S.C. §§ 3600 to 3600A (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. MacDonald,* No. 3:75–cr–00026–F–1 (E.D.N.C. Aug. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*